IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02652-MSK-MJW

AUTUMN BITTICKS,
Individually and on Behalf of All Others Similarly Situated,

Plaintiff(s),

v.

LIBERTY ACQUISITIONS SERVICING, LLC,
a Delaware Limited Liability Company,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective Order (docket no. 18) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 18-1) is APPROVED as amended in paragraph 9 and made an Order of Court.

Date: January 29, 2013