# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.:** 12-cv-02652-RM-MJW | FTR - Courtroom A-502 |
| **Date:** June 18, 2013 | Courtroom Deputy, Sabrina Grimm |
| AUTUMN BITTICKS, Individually and On Behalf of All Others Similarly Situated, | James L. Davidson |
| Plaintiff, | |
| v. | |
| LIBERTY ACQUISITIONS SERVICING, LLC, a Delaware Limited Liability Company, | Heather Carson Perkins<br>Daniel David Williams |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**Telephonic Status Conference**

1:34 p.m.     Court in session.

Court calls case.  Appearances of counsel.
Discussion regarding pending motions.

**ORDERED:** Defendant shall file a response to Plaintiff's Motion for Leave to File an Amended Complaint, Reopen Class Certification Discovery, and Postpone the Current Class Certification Deadline [27] by June 28, 2013.

Plaintiff's oral motion to withdraw Motion for Class Certification and Incorporated Memorandum of Law by Mr. Davidson.

**ORDERED:** Plaintiff's Motion for Class Certification and Incorporated Memorandum of Law [28] is WITHDRAWN without prejudice and may be refiled once the Court determines the operative complaint.

Discussion regarding discovery with respect to deposition transcript of defendant Liberty and Defendant's Motion to Dismiss [9].  Plaintiff will obtain a transcript of Defendant's Rule 30(b)(6) deponent.

1:44 p.m.     Court in recess.

Hearing concluded.
Total in-court time:     00:10

To order a transcript of this proceedings, contact  Avery Wood Reports (303) 825-6119 or Toll Free 1-800-962-3345.